UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA GAMEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY, INC.,<br><br>　　　　　　Defendant. | CASE NO. C24-746 MJP<br><br>ORDER DENYING MOTION TO EXTEND CASE SCHEDULE |

　　This matter comes before the Court on the Parties' "Joint Motion for Relief From Initial Scheduling Order Deadlines." (Dkt. No. 15.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion without prejudice.

　　The Parties ask the Court to extend by sixty days the deadlines set for expert disclosures, discovery motions, discovery, and dispositive motions. As grounds for the request, the Parties state that the extension will "allow enough time to complete depositions, identify experts, and complete discovery" and that "Counsel for plaintiff also has several criminal and civil trials coming up in the spring, relief from the below deadlines will allow enough time for adequate

completion." (Dkt. No. 15 at 1.) The Court does not find that this demonstrates sufficient good cause to support an extension. The Parties have not explained why they need additional time to complete depositions and discovery, what specific work remains, and why discovery cannot be completed within the remaining month of discovery with diligence. Nor have the parties explained why they could not have timely identified experts and meet the existing case deadline. And, lastly, without more specificity about what specific cases Plaintiff's counsel has pending and why they create immovable conflicts, the Court does not find good cause based on counsel's schedule. The Court reminds counsel for Plaintiff that he owes a duty to his client to litigate this matter diligently and efficiently, and that other case work should not impede that duty. See Washington Rules of Professional Conduct 1.3, 3.2.

The Court therefor DENIES the Motion without prejudice. The Parties may renew their request. Should they do so, they must provide greater specificity and clarity as to why any deadline should be extended and what diligent efforts have otherwise been undertaken. The Court also notes that it will not extend the dispositive motion deadline by 60 days, as doing so will not permit sufficient time to rule on any motions for summary judgment prior to trial.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 3, 2025.

Marsha J. Pechman
United States Senior District Judge