The Honorable Marsha Pechman

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA GAMEZ, individually,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC., a for profit foreign corporation,<br><br>　　　　Defendant. | NO. 2:24-cv-00746-MJP<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO TAKE DEPOSITION OF EXPERT PAST DISCOVERY DEADLINE**<br><br>~~(PROPOSED)~~ |

THIS MATTER came before this Court on the parties, Plaintiff Lisa Gamez and Defendant, Safeway Inc.'s ("Safeway") Joint Motion to Take Deposition of Plaintiff's Expert Past the Discovery Deadline. Having considered the following:

1.　Parties' Joint Motion To Take Deposition of Plaintiff's Expert Past the Discovery Deadline;

2.　Declaration of Kenna A. Duckworth in Support of Joint Motion and exhibits attached thereto;

//

//

ORDER GRANTING PARTIES' JOINT MOTION TO TAKE DEPOSITION OF EXPERT PAST DISCOVERY DEADLINE - 1
(24-cv-00746-MJP)

4904-9721-1207.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

The Court being fully apprised in the mater, now, therefore, ORDERS as follows:

The parties' Joint Motion to Take Deposition of Plaintiff's Expert Past the Discovery Deadline is **GRANTED**.

The Court finds that the parties have submitted good cause for Defendant Safeway to take the deposition of Plaintiff's expert, Stan Mitchell. Mr. Mitchell's deposition will be taken on or prior to June 30, 2025.

DATED this 28th day of May, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

PRESENTED BY:

WILLIAMS, KASTNER, & GIBBS PLLC

s/Kenna A. Duckworth            q
Kenna A. Duckworth, WSBA #54004
Leah Harris, WSBA #62993
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email:   kduckworth@williamskastner.com
Email:    lharris@williamskastner.com
*Attorneys for Defendant Safeway, Inc.*

ORDER GRANTING PARTIES' JOINT MOTION TO TAKE DEPOSITION OF EXPERT PAST DISCOVERY DEADLINE - 2
(24-cv-00746-MJP)

4904-9721-1207.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600